UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:08-cr-20598

v.                                         Honorable Thomas L. Ludington

RUBEN STEVEN RANKE,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AS MOOT

On November 12, 2008, Defendant Ruben Steven Ranke was indicted by a grand jury with one count of mailing child pornography and one count of possession of child pornography. ECF No. 1. Defendant pled guilty to mailing child pornography and was sentenced to 140 months in custody and five years of supervised release. ECF No. 39. This Court also recommended that Defendant enroll in the Residential Sex Offender Treatment Program. *Id.* On September 3, 2020, Defendant was sentenced to eight months incarceration as result of a supervised release violation. ECF No. 56.

On December 14, 2020 and January 19, 2021, Defendant filed motions seeking the appointment of counsel to file a motion for compassionate release. ECF No. 57, 58. The motions were denied. ECF No. 59. On February 22, 2021, Defendant filed a motion for compassionate release which was denied due to lack of evidence of exhaustion. ECF Nos. 60, 61.

On March 18, 2021, Defendant filed a motion for reconsideration. ECF Nos. 62, 63. He argued that he is not in a BOP facility and therefore cannot not seek compassionate release from a BOP warden. This Court granted Defendant's Motion for Reconsideration and the Government was ordered to respond to his Motion for Compassionate Release. ECF No. 64.

On May 10, 2021, the Government responded and informed the Court that Defendant was released from the Saginaw County Jail on April 22, 2021 having "served the entire custodial term for his violation of supervised release." ECF No. 65 at PageID.401. Defendant has not filed a reply brief disputing this fact.

Accordingly, it is **ORDERED** that Defendant's Motion for Compassionate Release, ECF No. 60, is **DENIED** as moot.

Dated: May 20, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge